# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-8213-ABC(JWJx) | Date | June 2, 2008 |
|---|---|---|---|
| Title | U.S. Commodity Futures Trading Commission -vs- James J. Zhou, et al | | |

| Present: The Honorable | AUDREY B. COLLINS | | |
|---|---|---|---|
| Daphne Alex | not present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:** ORDER TO SHOW CAUSE why case should not be dismissed

On April 21, 2008, the Court extended the stay of this action until June 2, 2008 pending Permanent Injunction. The parties have failed to submit the proposed Consent. The court hereby issues an Order to Show Cause, no later than June 13, 2008, why this action should not be dismissed for failure to prosecute.

                                                                                    :
                                                            Initials of Preparer   DA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-8213-ABC(JWJx) | Date | June 2, 2008 |
|---|---|---|---|
| Title | U.S. Commodity Futures Trading Commission -vs- James J. Zhou, et al | | |